IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Case No.: 2:19-cr-131 )  |
| KENYA ABIGAIL GODINEZ-CAMACHO, | ) )  |
| Defendant. | ) ) ) |

**DETENTION ORDER**

Pursuant to the Bail Reform Act, 18 U.S.C. § 3142, a hearing on the United States Government's Motion for Detention was scheduled to be held on July 30, 2019.

The Defendant appeared with counsel and waived her right to the hearing. The Court advised the Defendant of her right to a detention hearing within the procedural requirements of 18 U.S.C. § 3142 and the effect of her waiver. After inquiry, the Court determined the Defendant's waiver was knowing and voluntary.

Accordingly, the Defendant is **ORDERED** detained until trial.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, the United States Marshal, the United States Pretrial Services Office, and counsel of record for the Defendant.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
July 30, 2019